**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRUCE L. WISHNEFSKY, | : | No. 567 MAL 2019 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ALBERT J. EVANS, JAMES J. RILEY, | : | |
| ANDREW H. KOPPEL, JOHN J. CARROLL, | : | |
| SUNNY HANYON BRUNT, AND RILEY | : | |
| AND FANELLI, P.C., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.